▪ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAUN K. HAYES, Appellant. [971 NYS2d 216]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hinrichs, J.), imposed February 1, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Leventhal and Sgroi, JJ., concur.